No. 217, Misc. GOODLOW *v.* BUCHKOE, WARDEN. Supreme Court of Michigan. Certiorari denied.

No. 239, Misc. BURT *v.* CALIFORNIA ET AL. Supreme Court of California. Certiorari denied. Petitioner *pro se. Stanley Mosk,* Attorney General of California, and *Arlo E. Smith,* Deputy Attorney General, for respondents.

No. 253, Misc. AGNELLO *v.* LOHMAN, SHERIFF, ET AL. C. A. 7th Cir. Certiorari denied.

No. 279, Misc. CHAPMAN *v.* ALVIS, WARDEN. Supreme Court of Ohio. Certiorari denied.

No. 286, Misc. NIEDZIALKOWSKI *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied. Petitioner *pro se. Paul L. Adams,* Attorney General of Michigan; and *Samuel J. Torina,* Solicitor General, for respondent.

No. 298, Misc. GLASS *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 301, Misc. BURMAN *v.* FLORIDA ET AL. Supreme Court of Florida. Certiorari denied. Petitioner *pro se. Richard W. Ervin,* Attorney General of Florida, and *Reeves Bowen,* Assistant Attorney General, for respondents.

No. 302, Misc. LYONS *v.* OHIO. Supreme Court of Ohio. Certiorari denied. Petitioner *pro se. John T. Corrigan* for respondent.

No. 322, Misc. SCOTT *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.